IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>        Plaintiff,<br><br>v.<br><br>DEUTSCHE ASSET MANAGEMENT, *et al.*<br><br>        Defendants. | No. C05-2473 TEH<br><br>ORDER RESETTING HEARING DATE RE DEFENDANTS' MOTION TO DISMISS |

    Due to unavoidable scheduling conflicts, the Court hereby RESETS the hearing on defendants' motion to dismiss from the noticed date of August 15, 2005 to September 12, 2005. The Court has received all the papers filed in relation to this motion, and no new papers shall be submitted.

**IT IS SO ORDERED.**

Date:   8/4/05                                                s/s
                                                          HON. THELTON E. HENDERSON
                                                          UNITED STATES DISTRICT JUDGE