Oct 12 2005 16:51    ARMSTRONG LAW FIRM            4159281294           p.2
OCT-12-2005 03:44 PM  ROMANECK                     650 637 7775         P.01
                                                                        P.1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE ROMANECK

    Plaintiff,

v.

DEUTSCHE ASSET MANAGEMENT,
DEUTSCHE Bank AG, et al.,

    Defendant.

No. C 05-2473 TEH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration   [X] ENE   ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: October 12, 2005

Attorney for Plaintiff
Kelly H. Armstrong, Esq.

Dated: October 12, 2005

Attorney for Defendants
Brian L. Johnsrud, Esq.

IT IS SO ORDERED:

Dated: 10/18/05

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

10/13/2005  13:57    3125378545                    DEUTSCHE ASSET MGMTG                           PAGE  03/03

UNITED STATES DISTRICT COURT
For the Northern District of California

1   SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

3   Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or
4   she has read either the handbook entitled "Dispute Resolution Procedures in the Northern
5   District of California," or the specified portions of the ADR Unit's Internet site
6   <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the
7   court and private entities, and considered whether this case might benefit from any of them.
8   *(Note: This Certification must be signed by each party and its counsel.)*

10  Dated: _____       LAWRENCE ROMANECK
                               [Typed name and signature of plaintiff]

13  Dated: _____       Kelly H. Armstrong, Esq.
                               [Typed name and signature of counsel for plaintiff]

16  Dated: _____       [signature] Kathleen Miller
                               DEUTSCHE ASSET MANAGEMENT, DEUTSCHE BANK AG, et al.
                               [Typed name and signature of defendant]

17  Dated: _____       Tom Winnick
                               [Typed Name and signature of defendant]

19  Dated: _____       Brian L. Johnsrud, Esq.
                               [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
N:\Adrpt3a.frm
2
REV. 1/00

Oct 12 2005 16:51     ARMSTRONG LAW FIRM                4159281294                p.3

Oct 12 2005 16:42     ARMSTRONG LAW FIRM                4159281294                p.2

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portion of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 10/12/05

LAWRENCE ROMANECK
[Typed name and signature of plaintiff]

Dated: 10-11-05

Kelly H. Armstrong, Esq.
[Typed name and signature of counsel for plaintiff]

Dated: _____

DEUTSCHE ASSET MANAGEMENT, DEUTSCHE Bank AG, et al.
[Typed name and signature of defendant]

Dated: _____

Tom Winnick
[Typed Name and signature of defendant]

Dated: _____

Brian L. Johnsrud, Esq.
[Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION