BRIAN L. JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
DEUTSCHE ASSET MANAGEMENT, DEUTSCHE BANK AG
DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.
SCUDDER DISTRIBUTORS, INC., TOM WINNICK

**FILED**
FEB 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, TOM WINNICK an individual, INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive<br><br>Defendants. | Case No. C 05 02473 TEH<br><br>[PROPOSED] ORDER REGARDING DISCOVERY |

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff shall make himself available for his deposition on either March 2 or March 11, 2006 and the depositions of Defendant Tom Winnick and Kathy Spiller will take place on two of the following dates: March 27 (Spiller), March, 28, 29 or 30 (Spiller or Winnick), up to one day of seven hours for each witness. FRCP 30(d)(2).

Dated: 2-17 2006

CHIEF MAGISTRATE JAMES LARSON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3576577.1

Case No. C05-02473 TEH

[PROPOSED] ORDER REGARDING DISCOVERY