1  BRIAN L. JOHNSRUD, State Bar No. 184474
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2212
   Tel:  650.843.4000
4  Fax:  650.843.4001
   E-mail: *bjohnsrud@morganlewis.com*
5
   Attorneys for Defendants
6  DEUTSCHE ASSET MANAGEMENT, DEUTSCHE BANK AG
   DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.
7  SCUDDER DISTRIBUTORS, INC., TOM WINNICK

8

9                      UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12 | LAWRENCE ROMANECK, | Case No.  C-05-2473 TEH (EMC) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, TOM WINNICK an individual, INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3579258.1                                              Case No. C-05-2473 TEH (EMC)
STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

1  IT IS HEREBY STIPULATED between the parties, through their respective counsel of
2  record, and subject to the approval of this Court, that:
3  WHEREAS, a Settlement Conference is currently scheduled for Tuesday, March 21,
4  2006 at 9:30 a.m. in Dept. C of the United States District Court, Northern Division; and
5  WHEREAS, the parties have substantial discovery pending that bears on issues to be
6  addressed at the Settlement Conference; and
7  GOOD CAUSE EXISTS to continue the Settlement Conference so that the discovery can
8  be completed before the Settlement Conference; and
9  THEREFORE, the parties agree that the Settlement Conference should be continued to
10  Monday, May 22, 2006 at 9:30 a.m. in Dept. C.

Dated: March ___, 2006             MORGAN, LEWIS & BOCKIUS LLP


By_____
Brian L. Johnsrud
Attorneys for Defendants
Deutsche Asset Management, Deutsche Bank
AG, Deutsche Investment Management
Americas, Inc., Scudder Distributors, Inc., and
Tom Winnick

Dated: March ___, 2006             THE ARMSTRONG LAW FIRM


By_____
Kelly H. Armstrong
Attorney for Plaintiff
Lawrence Romaneck

Dated: March ___, 2006             THE BRADY LAW GROUP


By_____
Steven J. Brady
Attorney for Plaintiff
Lawrence Romaneck

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3579258.1                     1                    Case No. C05-02473 TEH
STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference currently set before Magistrate Judge Edward M. Chen on March 21, 2006 at 9:30 a.m., Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102 be continued to **May 22, 2006, at 10:00 a.m.** Settlement Conference statements shall be lodged with Judge Chen's chambers by hard copy by May 8, 2006.

IT IS SO ORDERED.

Dated:  March 16, 2006

_____
EDWARD M. CHEN, MAGISTRATE JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3579258.1                     2                     Case No. C05-02473 TEH
STIPULATION AND PROPOSED ORDER TO CONTINUE SETTLEMENT CONFERENCE