KELLY H. ARMSTRONG (SBN 213036)
THE ARMSTRONG LAW FIRM
807 Montgomery Street
San Francisco, Ca  94133
Telephone; (415) 928-1293
Facsimile:  (415) 928-1294
E-mail: kellyalaw@aol.com

STEVEN J. BRADY, ESQ. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street, Suite A
San Rafael, CA  94901
Telephone: (415) 459-7300
Facsimile: (415) 459-7303
E-mail: bradydesk@aol.com

Attorneys for Plaintiff
LAWRENCE ROMANECK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ROMANECK, an individual, | Case No. C 05 02473 TEH |
| Plaintiff, | |
| vs. | UNLIMITED JURISDICTION |
| DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC., a corporation, INDIVIDUAL DOES 1-50 and CORPORATE DOES 51-100, inclusive | **STIPULATION TO FILE THIRD AMENDED COMPLAINT** |
| Defendants. | |

1

Counsel for Plaintiff Lawrence Romaneck and Defendants Deutsche Asset Management et al hereby agree to stipulate to the filing of a Third Amended Complaint, and further stipulate that the Answer filed by Defendants on October 17, 2005, shall be treated as the Answer to Plaintiff's Third Amended Complaint with the exception as to Defendant Winnick, who has been dismissed with prejudice from this litigation.

Reviewed and accepted.

Dated:  April 6, 2006          THE ARMSTRONG LAW FIRM

By  */s/ Kelly Armstrong*
KELLY ARMSTRONG
Attorneys for Plaintiff
LAWRENCE ROMANECK

Dated:  April 6, 2006          THE BRADY LAW GROUP

By  */s/ Stephen J. Brady*
STEPHEN J. BRADY
Attorneys for Plaintiff
LAWRENCE ROMANECK

Reviewed and accepted.

Dated:  March 27, 2006        MORGAN, LEWIS, BOCKIUS

By  */s/ Brian Johnsrud*
BRIAN JOHNSRUD
Attorneys for Defendants
DEUTSCHE ASSET MANAGEMENT et al

**ORDER**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff Lawrence Romaneck may file a Third Amended Complaint pursuant to the parties' stipulation and the Answer filed by Defendants on October 17, 2005, shall be treated as the Answer to Plaintiff's Third Amended Complaint with the exception as to Defendant Winnick, who has been dismissed by Plaintiff with prejudice from this litigation.

IT IS SO ORDERED.

Dated: 04/06/06

THELTON E. HENDERSON



2