BRIAN L. JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: *bjohnsrud@morganlewis.com*

M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: *mcole@morganlewis.com*

Attorneys for Defendants
DEUTSCHE ASSET MANAGEMENT,
DEUTSCHE BANK AG, DEUTSCHE
INVESTMENT MANAGEMENT AMERICAS, INC.
SCUDDER DISTRIBUTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive<br><br>    Defendants. | Case No. C 05 02473 THE (EMC)<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>DATE: May 22, 2006<br>TIME: 9:30 a.m.<br>DEPT: C<br>MAGISTRATE JUDGE EDWARD CHEN |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3588138.1

Case No. C05-02473 THE (EMC)

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

1  IT IS HEREBY STIPULATED between the parties, through their respective counsel of
2  record, and subject to the approval of this Court, that:
3  WHEREAS, a Settlement Conference is currently scheduled for Monday, May 22, 2006
4  at 9:30 a.m. in Dept. C of the United States District Court, Northern Division; and
5  WHEREAS, the parties' counsel will be unavailable for said appearance due to
6  depositions scheduled in New York in this matter on said date; and
7  GOOD CAUSE EXISTS to continue the Settlement Conference so that the discovery can
8  be completed before the Settlement Conference; and
9  THEREFORE, the parties agree that the Settlement Conference should be continued to
10  Tuesday, August 1, 2006 at 9:30 a.m. in Dept. C.

Dated: May 16, 2006

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Brian L. Johnsrud
Brian L. Johnsrud
Attorneys for Defendants
Deutsche Asset Management, Deutsche Bank AG, Deutsche Investment Management Americas, Inc., and Scudder Distributors, Inc.

Dated: May 16, 2006

THE ARMSTRONG LAW FIRM

By /s/ Kelly H. Armstrong
Kelly H. Armstrong
Attorney for Plaintiff
Lawrence Romaneck

Dated: May 16, 2006

THE BRADY LAW GROUP

By /s/ Steven J. Brady
Steven J. Brady
Attorney for Plaintiff
Lawrence Romaneck

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3588138.1

1

Case No. C05-02473 THE (EMC)
STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

## ORDER

The Court, having considered the Stipulation of Plaintiff and Defendant, approves said Stipulation per the terms contained therein. The Settlement Conference scheduled for 5/22/06 has been continued to 8/1/06 at 9:30 a.m. in Courtroom C, 15th Floor. Settlement Conference statements shall be lodged by hard copy with Judge Chen's chambers by 7/18/06.

IT IS SO ORDERED.

Dated: May 17, 2006

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

1-PA/3588138.1                    2                    Case No. C05-02473 THE (EMC)

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE