BRIAN L. JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: *bjohnsrud@morganlewis.com*

M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: *mcole@morganlewis.com*

Attorneys for Defendants
DEUTSCHE ASSET MANAGEMENT,
DEUTSCHE BANK AG, DEUTSCHE
INVESTMENT MANAGEMENT AMERICAS, INC.
SCUDDER DISTRIBUTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive<br><br>　　　　　　　　Defendants. | Case No. C 05 02473 TEH<br><br>[~~PROPOSED~~] STIPULATION AND ORDER ON PLAINTIFF'S DISCOVERY |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND ORDER REGARDING
PLAINTIFF'S DISCOVERY
(CASE NO. C 05-02473 THE)

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AS FOLLOWS: |
| 2 | (a) Plaintiff shall conclude the depositions of current and former employees of |
| 3 | Defendant presently on calendar and agreed to be scheduled; |
| 4 | (b) Following the conclusion of these depositions, Plaintiff will have up to |
| 5 | June 5, 2006, to identify up to 50 of the 245 Requests for Admissions in his First Set of Requests |
| 6 | for Admission for Defendant to respond to by July 6, 2006. Plaintiff's Special Interrogatory |
| 7 | asking Defendant to set forth the facts and documents supporting the denial of a requested |
| 8 | admission may accompany up to 25 of these Requests for Admission, but only to the extent it |
| 9 | does not call for cumulative and duplicative discovery. Nothing herein shall preclude Plaintiff |
| 10 | from seeking leave of Court to propound Requests for Admission and Special Interrogatories |
| 11 | beyond those identified herein. |
| 12 | (c) Plaintiff shall have until July 18, 2006, to file any motion to compel |
| 13 | regarding these Requests for Admission and Special Interrogatory. |

Dated: May 10, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____
Brian L. Johnsrud
Attorneys for Defendants
Deutsche Asset Management, Deutsche Bank
AG, Deutsche Investment Management
Americas, Inc., Scudder Distributors, Inc.

Dated: May 10, 2006

THE ARMSTRONG LAW FIRM

By _____
Kelly H. Armstrong
Attorney for Plaintiff
Lawrence Romaneck

Dated: May 10, 2006

THE BRADY LAW GROUP

By _____
Steven J. Brady
Attorney for Plaintiff
Lawrence Romaneck

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND ORDER REGARDING
PLAINTIFF'S DISCOVERY
(CASE NO. C 05-02473 THE)

**ORDER**

The Court, having considered the Stipulation of Plaintiff and Defendant, approves said Stipulation per the terms contained therein.

IT IS SO ORDERED.

Dated: __May 23__, 2006

_____
CHIEF MAGISTRATE JUDGE
*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Larson]*