1  BRIAN L. JOHNSRUD, State Bar No. 184474
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail: *bjohnsrud@morganlewis.com*
5

6  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS LLP
7  One Market, Spear Street Tower
   San Francisco CA  94105-1126
8  Tel: 415.442.1000
   Fax: 415.442.1001
9  E-mail: *mcole@morganlewis.com*

10

11 Attorneys for Defendants
   DEUTSCHE ASSET MANAGEMENT,
   DEUTSCHE BANK AG, DEUTSCHE
12 INVESTMENT MANAGEMENT AMERICAS, INC.
   SCUDDER DISTRIBUTORS, INC.
13

14                   UNITED STATES DISTRICT COURT

15      FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

16

17 | LAWRENCE ROMANECK,                          | Case No.  C 05 02473 THE
18 |                 Plaintiff,                  | **STIPULATION AND ORDER CONTINUING MOTION TO COMPEL PLAINTIFF TO SUBMIT TO A MEDICAL AND PHYSICAL EXAMINATION**
19 | v.                                          |
20 | DEUTSCHE ASSET MANAGEMENT, a                |
   | Delaware corporation, DEUTSCHE BANK         | **[TO BE HEARD BY MAGISTRATE JUDGE JAMES CARSON]**
21 | AG, a New York corporation, DEUTSCHE        |
   | INVESTMENT MANAGEMENT                       |
22 | AMERICAS, INC., a corporation, SCUDDER      |
   | DISTRIBUTORS, INC. a corporation,           |
23 | INDIVIDUAL DOES I-XV and CORPORATE          |
   | DOES XVI – XXV, inclusive                   |
24 |                                             |
   |                 Defendants.                 |
25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3587141.1

Case No. C05-02473 TEH
STIPULATION AND ORDER CONTINUING MOTION TO COMPEL PLAINTIFF TO SUBMIT
TO A MENTAL AND PHYSICAL EXAMINATION

1  IT IS HEREBY STIPULATED between the parties, through their respective counsel of
2  record, and subject to the approval of this Court, that:
3  WHEREAS, this Court set Defendant's motion to compel Plaintiff to submit to a medical
4  and physical examination for hearing on Wednesday, May 24, 2006, at 9:30 a.m. in Dept. F of
5  the United States District Court, Northern Division; and
6  WHEREAS, the parties' counsel will be unavailable for said appearance due to
7  depositions scheduled in New York in this matter on said date; and
8  GOOD CAUSE EXISTS to continue the motion so that the parties' counsel may appear
9  at said motion; and
10  THEREFORE, the parties stipulate that the motion to compel Plaintiff to submit to a
11  medical and physical examination should be continued to Wednesday, May 31, 2006, at 9:30
12  a.m. in Dept. F.

13  Dated: May 15, 2006                     MORGAN, LEWIS & BOCKIUS LLP
14
15                                          By_____
                                            Brian L. Johnsrud
16                                          Attorneys for Defendants
                                            Deutsche Asset Management, Deutsche Bank
17                                          AG, Deutsche Investment Management
                                            Americas, Inc., and Scudder Distributors, Inc.
18
    Dated: May 14, 2006                     THE ARMSTRONG LAW FIRM
19
20                                          By_____
                                            Kelly H. Armstrong
21                                          Attorney for Plaintiff
                                            Lawrence Romaneck
22
    Dated: May 15, 2006                     THE BRADY LAW GROUP
23
24                                          By_____
                                            Steven J. Brady
25                                          Attorney for Plaintiff
                                            Lawrence Romaneck
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3587141.1                              1                    Case No. C05-02473 TEH
STIPULATION AND ORDER CONTINUING MOTION TO COMPEL PLAINTIFF TO SUBMIT
TO A MENTAL AND PHYSICAL EXAMINATION

## ORDER

The Court, having considered the Stipulation of Plaintiff and Defendant, approves said Stipulation per the terms contained therein.

IT IS SO ORDERED.

Dated: __May 30, 2006_____

MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED*
*Judge James Larson*

MORGAN LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3587141.1                                2                          Case No. C05-02473 TEH
STIPULATION AND ORDER CONTINUING MOTION TO COMPEL PLAINTIFF TO SUBMIT
TO A MENTAL AND PHYSICAL EXAMINATION