1  BRIAN L. JOHNSRUD, State Bar No. 184474
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail: *bjohnsrud@morganlewis.com*
5

6  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS LLP
7  One Market, Spear Street Tower
   San Francisco CA 94105-1126
8  Tel: 415.442.1000
   Fax: 415.442.1001
9  E-mail: *mcole@morganlewis.com*

10
   Attorneys for Defendants
11 DEUTSCHE ASSET MANAGEMENT,
   DEUTSCHE BANK AG, DEUTSCHE
12 INVESTMENT MANAGEMENT AMERICAS, INC.
   SCUDDER DISTRIBUTORS, INC.
13

14                    UNITED STATES DISTRICT COURT

15      FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17 LAWRENCE ROMANECK, | Case No. C 05 02473 TEH |
| 18            Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A MOTION TO COMPEL FACT DISCOVERY** |
| 19 v. | |
| 20 DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive | |
| 24            Defendants. | |

26
27
28

MORGAN LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3591391.1                                           Case No. C05-02473 TEH
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A MOTION TO COMPEL
                          FACT DISCOVERY

1  IT IS HEREBY STIPULATED between the parties, through their respective counsel of
2  record, and subject to the approval of this Court, that:
3  WHEREAS, the last day to file a motion to compel fact discovery is June 7, 2006; and
4  WHEREAS, the parties have worked in good faith to resolve a number of discovery
5  issues, but certain issues remain under discussion; and
6  GOOD CAUSE EXISTS to extend the deadline to file a Motion to Compel Fact
7  Discovery from June 7, 2006, so that the parties can attempt to resolve those issues and assess
8  settlement prospects, and because no other litigation deadlines will be prejudiced by a short
9  continuance;
10  THEREFORE, the parties stipulate that the last day to file a Motion to Compel Fact
11  Discovery should be extended to June 28, 2006.

12
13  Dated: June 6, 2006    MORGAN, LEWIS & BOCKIUS LLP
14
           By_____
15         Brian L. Johnsrud
           Attorneys for Defendants
16         Deutsche Asset Management, Deutsche Bank
           AG, Deutsche Investment Management
17         Americas, Inc., and Scudder Distributors, Inc.

18  Dated: June 6, 2006    THE ARMSTRONG LAW FIRM
19
           By_____
20         Kelly H. Armstrong
           Attorney for Plaintiff
21         Lawrence Romaneck

22  Dated: June ___, 2006    THE BRADY LAW GROUP
23
           By_____
24         Steven J. Brady
           Attorney for Plaintiff
25         Lawrence Romaneck
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3591391.1          1          Case No. C05-02473 TEH
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO FILE FACT
DISCOVERY

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED between the parties, through their respective counsel of |
| 2 | record, and subject to the approval of this Court, that: |
| 3 | WHEREAS, the last day to file a motion to compel fact discovery is June 7, 2006; and |
| 4 | WHEREAS, the parties have worked in good faith to resolve a number of discovery |
| 5 | issues, but certain issues remain under discussion; and |
| 6 | GOOD CAUSE EXISTS to extend the deadline to file a Motion to Compel Fact |
| 7 | Discovery from June 7, 2006, so that the parties can attempt to resolve those issues and assess |
| 8 | settlement prospects, and because no other litigation deadlines will be prejudiced by a short |
| 9 | continuance; |
| 10 | THEREFORE, the parties stipulate that the last day to file a Motion to Compel Fact |
| 11 | Discovery should be extended to June 28, 2006. |

Dated: June ___, 2006          MORGAN, LEWIS & BOCKIUS LLP

By_____
Brian L. Johnsrud
Attorneys for Defendants
Deutsche Asset Management, Deutsche Bank
AG, Deutsche Investment Management
Americas, Inc., and Scudder Distributors, Inc.

Dated: June ___, 2006          THE ARMSTRONG LAW FIRM

By_____
Kelly H. Armstrong
Attorney for Plaintiff
Lawrence Romaneck

Dated: June 6, 2006            THE BRADY LAW GROUP

By_____
Steven J. Brady
Attorney for Plaintiff
Lawrence Romaneck

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3591391.1                            1                       Case No. C05-02473 TEH
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO FILE FACT
DISCOVERY

## ORDER

The Court, having considered the Stipulation of Plaintiff and Defendant, approves said Stipulation per the terms contained therein.

IT IS SO ORDERED.

Dated: 6/7/06

_____
JUDGE OF THE UNITED STATES DISTRICT COURT