| | |
|---|---|
| 1 | BRIAN L. JOHNSRUD, State Bar No. 184474 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2212 |
| 4 | Tel: 650.843.4000<br>Fax: 650.843.4001 |
| 5 | E-mail: *bjohnsrud@morganlewis.com* |
| 6 | M. MICHAEL COLE, State Bar No. 235538 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower |
| 8 | San Francisco CA 94105-1126<br>Tel: 415.442.1000 |
| 9 | Fax: 415.442.1001<br>E-mail: *mcole@morganlewis.com* |
| 10 | |
| 11 | Attorneys for Defendants<br>DEUTSCHE ASSET MANAGEMENT, |
| 12 | DEUTSCHE BANK AG, DEUTSCHE<br>INVESTMENT MANAGEMENT AMERICAS, INC. |
| 13 | SCUDDER DISTRIBUTORS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | LAWRENCE ROMANECK, | Case No. C 05 02473 TEH |
| 18 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND CERTAIN LITIGATION** |
| 19 | v. | **DEADLINES** |
| 20 | DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK | |
| 21 | AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT | |
| 22 | AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, | |
| 23 | INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive | |
| 24 | Defendants. | |

MORGAN LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3593932.1

STIPULATION AND ORDER TO EXTEND CERTAIN LITIGATION DEADLINES

Case No. C05-02473 TEH

1. IT IS HEREBY STIPULATED between the parties, through their respective counsel of record, and subject to the approval of this Court, that:

WHEREAS, Defendants filed their Motion for Summary Judgment on June 19, 2006, for hearing on July 24, 2006;

WHEREAS, the parties have assessed and discussed settlement prospects during the course of this litigation and continue to do so;

WHEREAS, so that the parties may continue to assess and discuss settlement prospects and avoid expending potentially unnecessary judicial and party resources, the parties stipulate to continue the hearing on Defendants' Motion for Summary Judgment to ~~July 31, 2006~~ August 14, 2006 TEH, at 10:00 a.m., which means that Plaintiff shall have until July 10, 2006, to file an Opposition to Defendants' Motion and that Defendants shall have until July 17, 2006, to file a reply;

WHEREAS, the parties further stipulate to continue the last day to compel fact discovery by one week, to July 5, 2006; and, therefore,

GOOD CAUSE EXISTS to continue the litigation deadlines set forth herein so that the parties can further assess settlement prospects, avoid the use of potentially unnecessary judicial and party resources, and because no other litigation deadlines will be prejudiced by the short continuances described herein.

Dated: June 27, 2006        MORGAN, LEWIS & BOCKIUS LLP

                            By _____
                            Brian L. Johnsrud
                            Attorneys for Defendants

Dated: June 27, 2006        THE ARMSTRONG LAW FIRM

                            By _____
                            Kelly H. Armstrong
                            Attorney for Plaintiff
                            Lawrence Romaneck

Dated: June ___, 2006       THE BRADY LAW GROUP

                            By _____
                            Steven J. Brady
                            Attorney for Plaintiff
                            Lawrence Romaneck

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
  PALO ALTO

1-PA/3593932.1                        1                    Case No. C05-02473 TEH
         STIPULATION AND ORDER TO EXTEND CERTAIN LITIGATION DEADLINES

1  IT IS HEREBY STIPULATED between the parties, through their respective counsel of record, and subject to the approval of this Court, that:

WHEREAS, Defendants filed their Motion for Summary Judgment on June 19, 2006, for hearing on July 24, 2006;

WHEREAS, the parties have assessed and discussed settlement prospects during the course of this litigation and continue to do so;

WHEREAS, so that the parties may continue to assess and discuss settlement prospects and avoid expending potentially unnecessary judicial and party resources, the parties stipulate to continue the hearing on Defendants' Motion for Summary Judgment to July 31, 2006, at 10:00 a.m., which means that Plaintiff shall have until July 10, 2006, to file an Opposition to Defendants' Motion and that Defendants shall have until July 17, 2006, to file a reply;

WHEREAS, the parties further stipulate to continue the last day to compel fact discovery by one week, to July 5, 2006; and, therefore,

GOOD CAUSE EXISTS to continue the litigation deadlines set forth herein so that the parties can further assess settlement prospects, avoid the use of potentially unnecessary judicial and party resources, and because no other litigation deadlines will be prejudiced by the short continuances described herein.

Dated: June ___, 2006        MORGAN, LEWIS & BOCKIUS LLP

By_____
Brian L. Johnsrud
Attorneys for Defendants.

Dated: June ___, 2006        THE ARMSTRONG LAW FIRM

By_____
Kelly H. Armstrong
Attorney for Plaintiff
Lawrence Romaneck

Dated: June 27, 2006         THE BRADY LAW GROUP

By_____
Steven J. Brady
Attorney for Plaintiff
Lawrence Romaneck

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3593932.1        1        Case No. C05-02473 TEH
STIPULATION AND ORDER TO EXTEND CERTAIN LITIGATION DEADLINES

## **ORDER**

The Court, having considered the Stipulation of Plaintiff and Defendants, approves said Stipulation per the terms contained therein.

IT IS SO ORDERED.

s/Thelton Henderson

6/29/06

Dated: _____

JUDGE OF THE UNITED STATES DISTRICT COURT

1-PA/3593932.1

2

Case No. C05-02473 TEH

STIPULATION AND ORDER TO EXTEND CERTAIN LITIGATION DEADLINES

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO