IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE ROMANECK,

          Plaintiff,

    v.

DEUTSCHE ASSET MANAGEMENT, et al.,

          Defendants.

NO. C05-2473 TEH

ORDER GRANTING DEFENDANTS' AMENDED MOTION TO FILE DOCUMENTS UNDER SEAL

      The Court is in receipt of Defendants' amended motion to file portions of their summary judgment papers under seal. Now that Defendants have narrowly tailored their motion as required under Civil Local Rule 79-5, the Court finds good cause to allow filing these papers under seal, and Defendants' motion is therefore GRANTED. Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk shall file under seal the unredacted versions of Defendants' memorandum of points and authorities and the declaration of Brian Johnsrud filed in support of Defendants' motion for summary judgment.

      2. Defendants shall, no later than **Monday, July 3, 2006,** electronically file redacted versions of the above documents and all declarations that Defendants no longer seek to file under seal, as these documents shall be part of the public record in this case.

**IT IS SO ORDERED.**

Dated: 06/30/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT