KELLY H. ARMSTRONG (SBN 213036)
THE ARMSTRONG LAW FIRM
807 Montgomery Street
San Francisco, Ca 94133
Telephone; (415) 928-1293
Facsimile: (415) 928-1294
E-mail: kellyalaw@aol.com

STEVEN J. BRADY (SBN 116651)
THE BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
Telephone: (415) 459-7300
Facsimile: (415) 459-7303
E-mail: bradydesk@aol.com

Attorneys for Plaintiff
LAWRENCE ROMANECK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEUTCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC., a corporation, TOM WINNICK, an individual, INDIVIDUAL DOES 1-XV and CORPORATE DOES XVI-XXV, inclusive<br><br>　　　　Defendants.<br>_____ | Case No. C 05-02473 XXE   TEH<br><br>XXXXXXXX [PROPOSED] ORDER DENYING DEFENDANT DEUTSCHE ASSET MANAGEMENT'S REQUEST FOR ORDER COMPELLING FURTHER RESPONSE TO ITS SECOND REQUEST FOR PRODUCTION OF DOCUMENTS |

1

1

2  FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

3  Defendant Deutsche Asset Management's request for an Order compelling further

4

5  response to its Second Request for Production of Documents is denied. The Court cannot

6  transform a request for Production of Documents into a Special Interrogatory, especially one

7  which was never propounded.

8  IT IS SO ORDERED.

9  DATED: July 7, 2006

10  CHIEF MAGISTRATE JUDGE JAMES LARSON



2