IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>                Plaintiff,<br><br>    v.<br><br>DEUTSCHE ASSET MANAGEMENT, et al.,<br><br>                Defendants. | NO. C05-2473 TEH<br><br><u>ORDER VACATING TRIAL</u><br><u>AND PRETRIAL DATES</u> |

        The Court is in receipt of the parties' stipulation to continue the trial and certain pretrial dates and deadlines in this case. The reason for the parties' request is that the hearing on Defendants' motion for summary judgment is currently scheduled only four days prior to the deadline for the parties' first set of pretrial filings. The hearing on Defendants' motion was originally scheduled for July 24, but the Court granted the parties' stipulation to continue that hearing to allow for further settlement discussions. Although the parties requested only a one-week continuance, the Court was not available until three weeks later. Thus, while the Court's unavailability is in part responsible for the delay in this case, the impetus for the delay was the parties' request for a one-week extension of the briefing deadlines and hearing date.

        Rather than set new trial dates now, the Court instead finds good cause to vacate the trial date, pretrial conference date, and deadlines for pretrial filings. The parties shall appear for a further case management conference to set new trial and pretrial dates on **Monday, August 28, 2006, at 1:30 PM.** The parties shall meet and confer and file a joint case management statement on or before **August 21, 2006.** The Court will endeavor to provide

the parties with a ruling on Defendants' motion prior to that date so that the parties can provide an accurate estimate for the length of trial.

**IT IS SO ORDERED.**

Dated: 07/27/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2