UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ROMANECK, | No. C-05-2473 TEH (EMC) |
| Plaintiff, | |
| v. | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| DEUTSCHE ASSET MANAGEMENT, *et al.*, | |
| Defendants. | |

    A Settlement Conference is scheduled for **September 11, 2006, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

- ♦ **Updated Settlement Conference statements shall be lodged with Judge Chen's chambers by 3:00 p.m., September 5, 2006.  If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

    All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated: August 29, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2